UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICORIA R. SPENCER,,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ORGANIC HARVEST, FAMILY-OWNED MARKET AND CAFÉ,** <br><br> **Defendants.** | } <br> } <br> } <br> } <br> } <br> } <br> } <br> } Case No.: 2:19-cv-00794-MHH <br> } <br> } |

## ORDER

On May 24, 2019, Ms. Spencer sued Organic Harvest Family-Owned Market and Café and its Operations Manager Teresa Maddox.  Ms. Spencer alleges that the defendants engaged in employment discrimination and violated the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112-12117.  (Doc. 1).  On July 9, 2019, Organic Harvest moved the Court to dismiss Ms. Spencer's suit, or, in the alternative, grant summary judgment in its favor.  (Doc. 6).  The Court denied

Organic Harvest's motion and offered Ms. Spencer an opportunity to amend her complaint. (Doc. 7).

On October 4, 2019, the Court noted Ms. Spencer had not amended her complaint and ordered her to do so on or before October 25, 201. The Court indicated that if Ms. Spencer did not amend her complaint, then the Court would dismiss this action for failure to prosecute. (Doc. 9). Ms. Spencer filed her amended complaint on October 11, 2019. (Doc. 10).

Organic Harvest answered Ms. Spencer's amended complaint. (Doc. 12). The Court set a November 13, 2019 telephone conference to discuss this action, (Doc. 13), but Ms. Spencer did not participate. The Court reset the conference for November 26, 2019. (Doc. 14). Ms. Spencer participated in the call.

The Court set a July 13, 2020 status hearing. (Doc. 22). Ms. Spencer again did not participate. Afterwards, the Court ordered Ms. Spencer to notify the Court within two weeks whether she intended to proceed with her suit. (Doc. 25). To date, Ms. Spencer has not responded. Counsel for Organic Harvest has asserted that the defendant has not been able to reach Ms. Spencer since at least December of 2019. (Doc. 25, p. 2). Accordingly, the Court dismisses this action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this August 31, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE